| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Williams, Stephen F. | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Circuit | 3. Date of Report<br><br>02/05/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 02/05/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Colorado | Januar 28 - February 1, 2016 | Boulder Colorado | Speaker on panel in telecommunications program | Transportation, food and lodging |
| 2. | University of Chicago Law School | May 3, 2016 | Chicago, Illinois | Speaker | Transportation, food and lodging |
| 3. | Academic Exchange | May 9, 2016-June 5, 2016 | Tel Aviv, Israel | Education | Transportation, food and lodging |
| 4. | ALI | September 8-9, 2016 | Philadelphia, PA | Discussion of Restatement of Law of Conflict of Laws | Transportation, food and lodging |
| 5. | ALI | September 15-16, 2016 | Philadelphia, PA | Discussion of Restatement of Foreign Relations Law | Transportation, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 02/05/2018 |

| 6. | ALI | September 29-30, 2016 | Philadelphia, PA | Discussion of Restatement of Property Law | Transportation, food and lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 02/05/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 02/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Index 500 | E | Dividend | N | T | | | | | |
| 2. Vanguard Prime MM Fund | A | Dividend | K | T | Buy (add'l) | 06/14/16 | J | | |
| 3. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 4. | | | | | Sold (part) | 10/25/16 | K | | |
| 5. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 6. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 7. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 8. Vanguard Mid-Cap Index | C | Dividend | O | T | | | | | |
| 9. Vanguard Total Int'l | A | Dividend | M | T | | | | | |
| 10. Vanguard Total Stock | E | Dividend | M | T | | | | | |
| 11. Vanguard Small Cap Index | B | Dividend | M | T | | | | | |
| 12. Gold Corp. Inc. | A | Dividend | J | T | | | | | |
| 13. Dreyfus S&P 500 | D | Dividend | L | T | | | | | |
| 14. Mathews Pacific Tiger | D | Dividend | N | T | | | | | |
| 15. House, Boulder CO | D | Rent | O | W | | | | | |
| 16. PNC Bank | A | Interest | L | T | | | | | |
| 17. TIAA CREF Ret. Annuities | D | Distribution | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 02/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nestle | C | Dividend | L | T | | | | | |
| 19. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 20. Questar | A | Dividend | | | Sold | 09/19/16 | K | E | |
| 21. QEP Resources | A | Dividend | K | T | | | | | |
| 22. Merck | A | Dividend | K | T | | | | | |
| 23. Trust No. 1, BNY Mellon, N.I | | | | | | | | | |
| 24. --Mellon Cash Reserve | A | Dividend | J | T | | | | | |
| 25. --Mellon Income Stock Fund | A | Dividend | K | T | | | | | |
| 26. --Mellon Focused Equity | A | Dividend | K | T | | | | | |
| 27. --Dreyfus Opportunistic Small Cap Fund | A | Dividend | K | T | | | | | |
| 28. --Dreyfus Large Cap Fund | A | Dividend | K | T | | | | | |
| 29. --Strategic Global Stock Fund | A | Dividend | K | T | | | | | |
| 30. --Mellon Mullti-Strategy Fund | A | Dividend | J | T | | | | | |
| 31. Trust u/w CDW, N.2 | | | | | | | | | |
| 32. --Vanguard MoneyMarket | A | Dividend | J | T | Sold (part) | 03/30/16 | J | | |
| 33. | | | | | Sold (part) | 06/21/16 | J | | |
| 34. --PRIME Cap. Vanguard | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 02/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Extended Market | C | Dividend | N | T | | | | | |
| 36. --Mathews Pacific Tiger | B | Dividend | M | T | | | | | |
| 37. IRA #1 | | | | | | | | | |
| 38. --Vanguard Total Int'l | A | Dividend | M | T | Distributed (part) | 10/20/16 | J | | |
| 39. --Vanguard Total Stock Market | C | Dividend | M | T | Distributed (part) | 10/20/16 | K | | |
| 40. | | | | | Distributed (part) | 10/24/16 | J | | |
| 41. --Vanguard Prime Money Market | A | Dividend | J | T | | | | | |
| 42. --Mathews Pacific Tiger | B | Dividend | M | T | | | | | |
| 43. Vanguard Index 500 | E | Dividend | P1 | T | | | | | |
| 44. Vanguard Prime Money Market | A | Dividend | M | T | Buy (add'l) | 01/20/16 | M | | |
| 45. | | | | | Sold (part) | 02/02/16 | P1 | | |
| 46. | | | | | Sold (part) | 10/24/16 | L | | |
| 47. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 48. | | | | | Buy (add'l) | 12/29/16 | K | | |
| 49. Vanguard Mid-Cap Index | D | Dividend | O | T | | | | | |
| 50. Vanguard Emerging Markets | A | Dividend | J | T | | | | | |
| 51. Vanguard Total Int'l Stock Index | F | Dividend | P1 | T | Buy (add'l) | 02/02/16 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F. | 02/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Stock Index | E | Dividend | P1 | T | Buy (add'l) | 02/02/16 | M | | |
| 53. Mathews Pacific Tiger | D | Dividend | M | T | | | | | |
| 54. Dreyfus S&P 500 | D | Dividend | N | T | | | | | |
| 55. JP Morgan Lg Cap Growth | A | Dividend | K | T | | | | | |
| 56. IRA #2 | | | | | | | | | |
| 57. --Vanguard Money Market | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 58. | | | | | Distributed | 11/08/16 | J | | |
| 59. --Mathews Pacific Tiger | A | Dividend | M | T | Sold (part) | 10/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williams, Stephen F.** | 02/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This is a testamentary trust established by my mother, of which I am the life beneficiary.

2. This is a testamentary trust established by my father, of which I am the life beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen F. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544